Ignac Satava, administrator of the estate of John Satava, deceased, appellee, v. The Baltimore & Ohio Chicago Terminal Railroad Company, appellant. Gen. No. 28,409.

Action by administrator for death of person in collision between defendant's train and automobile in which deceased was riding as guest. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed March 17, 1924. Rehearing denied March 31, 1924.

Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and Marvin A. Jersild, of counsel. Finn & Miller, for appellee; Edward J. Bohac, of counsel.

Mr. Justice Johnston delivered the opinion of the court

S. Ariani, defendant in error, v.. Ida Masilotti, plaintiff in error. Gen. No. 28,662.

Forcible detainer. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 17, 1924. Certiorari denied by Supreme Court (making opinion final).

John D. Farrell, for plaintiff in error. Louis Zimmerman, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

R. P. Schaffer, appellee, v. K. W. Kempf, appellant. Gen. No. 28,707.

Action on contract for transmission of foreign money. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 17, 1924.

Fred W. Bentley and Max Guthman, for appellant. John B. Fruchtl, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

Dennis J. Egan, bailiff of the Municipal Court of Chicago; for use of Frank Scaar & Company, plaintiff in error, v. S. E. Newberger, defendant in error. Gen. No. 28,714.

Action for balance of bid for property sold under execution. Judgment for defendant. Error to the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 17, 1924.

John Francis Mahan, for plaintiff in error. Bassler, Bippus, Rose & Reeve, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.